IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

STREETER'S EXCAVATING, LLC,

                Plaintiff and Counter-Defendant,           ORDER

v.

                                                    25-cv-1061-wmc

JCF COMPANIES, LLC,

                Defendant and Counter-Claimant.

---

Hannah Stein has filed a motion for leave to withdraw as counsel for defendant/counter-claimant JCF Companies, LLC, in this matter. (Dkt. #22.) She further motions to allow Selma Demirovic-Portesan and the firm Minnesota Construction Law Services to withdraw representation. (*Id.*) Before granting the motion, defendant will be given an opportunity to raise any objections to it and the grounds for its objections. In addition, the defendant business entity cannot defend in court without being represented by a lawyer. *United States v. Hagerman*, 545 F.3d 579, 581-82 (7th Cir. 2008).

Therefore, the court will reserve a ruling on the motion for leave to withdraw until defendant has had an opportunity to advise the court whether it objects to the withdrawal of counsel and on what grounds or, alternatively, that it does not object and has either engaged new counsel or is in the process of doing so. If defendant does not respond to this opportunity to be heard by May 14, 2026, an order will be entered granting the motion and directing JCF Companies to indicate whether it intends to retain new counsel.

Entered this 4th day of May, 2026.

                        BY THE COURT:
                        /s/
                        WILLIAM M. CONLEY
                        District Judge